UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
|     RICKY D DOCKERY | ) CASE NO.19-70526–AKM-13 |
|     KIMBERLY D DOCKERY | ) |
|         DEBTOR(S) | ) |

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

Pursuant to BR 3002.1(f), the Trustee files this Notice that the amount required to cure the below claim has been paid in full or as indicated, and that the debtor(s) has made all payments required under the Plan.

1. **Creditor:** US BANK TRUST NA

    **Trustee Claim No.** 004    **Court Claim No.** 007

    **Last four digits of number used to identify debtor(s)' account:** 4045

2. **Monthly On-going Mortgage Payments**

    ☐ Post-petition payments paid directly by debtor(s) and Trustee has no knowledge of any disbursements; or

    ☒ Post-petition payments paid by Trustee are current through December 2021 and due for January 2022.

3. **Final Cure Amount**

    | | Amount Claimed | Paid by Trustee | Balance |
    |---|---|---|---|
    | **Pre-petition Arrearage Amount** | $8,185.73 | $8,185.73 | $0.00 |
    | **Post-petition fees, expenses, and charges** | $900.00 | $900.00 | $0.00 |
    | **Post-petition Arrearage Balance** | $0.00 | $0.00 | $0.00 |

4. Pursuant to BR 3002.1(g), within 21 days of the service of this Notice the creditor is obligated to file and serve on the debtor(s), debtor's counsel, and the Trustee a response indicating whether it agrees that the above is correct as of the conclusion of payments via the Trustee conduit.

    If the creditor does not agree, the response shall itemize the required cure or post-petition payment amounts, if any, which the creditor contends remain unpaid as of the conclusion of conduit payments.

|  |  |
|---|---|
| January 24, 2022 | /s/Robert P. Musgrave |
|  | Robert P. Musgrave |
|  | Chapter 13 Trustee |
|  | P.O. Box 972 |
|  | Evansville, IN  47706-0972 |
|  | Telephone:  (812) 424-3029 |
|  | Fax:  (812) 433-3464 |
|  | Email address: trusteegeneral@chap13evv.com |

### **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail January 24, 2022:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

 RICKY D DOCKERY
 KIMBERLY D DOCKERY
 1120 RICHLAND AVE
 EVANSVILLE, IN 47711-

 LLOYD KOEHLER
 ATTORNEY AT LAW
 400 PEARL ST, SUITE 200
 NEW ALBANY, IN 47150-

US BANK TRUST NA
C/O SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA 95501

U.S. BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORP. c/o OFFICER
323 5TH STREET
EUREKA, CA 95501

CORPORATION SERVICE COMPANY
REGISTERED AGENT FOR
SN SERVICING CORPORATION
135 NORTH PENNSYLVANIA STREET
SUITE 1610
INDIANAPOLIS, IN 46204